**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

REVITAL YOGEV and MELVIN COLEMAN, individuals, on behalf of themselves, the general public and those similarly situated,

Plaintiffs,

vs.

WM. BOLTHOUSE FARMS, INC. d/b/a GENEROUS BRANDS LLC,

Defendant.

Case No. 3:26-CV-05399-TSH

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND TIME TO REPLY IN SUPPORT OF DEFENDANT WM. BOLTHOUSE FARMS, INC.'S MOTION TO DISMISS COMPLAINT AND CONTINUE HEARING ON MOTION TO DISMISS**

# ~~[PROPOSED]~~ ORDER

Having considered the Parties' Stipulation to Extend Time to Reply in Support of Defendant Wm. Bolthouse Farms, Inc.'s Motion to Dismiss Complaint and Continue Hearing on Motion to Dismiss (the "Stipulation"), and good cause appearing, the Court GRANTS the Stipulation.

IT IS HEREBY ORDERED that Defendant's deadline to file its Reply in support of the Motion shall be extended, and the hearing on the Motion shall be continued, as follows:

1. Defendant's deadline to file its Reply in support of the Motion shall be extended from August 24, 2026, to September 23, 2026.
2. The hearing on the Motion shall be continued from September 10, 2026, at 10:00 a.m., to October 15, 2026 ~~[or ______________________________]~~, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 21, 2026____

______________________________
HON. THOMAS S. HIXSON
United States Magistrate Judge